PD-0760-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/23/2015 9:30:27 AM
Accepted 6/24/2015 11:04:40 AM
ABEL ACOSTA
CLERK

No. _____

*IN THE*
*COURT OF CRIMINAL APPEALS*
*OF TEXAS*
*SITTING AT AUSTIN, TEXAS*

**ANTHONY CHAMBERLAIN**
**Appellant**

FILED IN
COURT OF CRIMINAL APPEALS

June 24, 2015

ABEL ACOSTA, CLERK

**V.**

**THE STATE OF TEXAS**
**Appellee**

*On Petition for Discretionary Review from the Fifth Court of Appeals*
*Sitting at Dallas, Texas*
*in Cause No.*
*05-13-01213-CR*
*On appeal from 194th Judicial District Court*
*of Dallas County, Texas*
*In Cause No. F12-63564-H*

**MOTION FOR AN EXTENSION OF TIME**
**IN WHICH TO FILE**
**PETITION FOR DISCRETIONARY REVIEW**

1

**COMES NOW Anthony Chamberlain,** Appellant, and respectfully submits this Motion for an Extension of Time in Which to File Petition for Discretionary Review in the above entitled and numbered cause. In support of this Motion, Appellant would show this Honorable Court the following:

## I.

Appellant was charged by indictment with the offense of possession of a controlled substance between four and two hundred grams with the intent to deliver. (CR: 8). The indictment also included two enhancement paragraphs alleging prior convictions for possession of a controlled substance over four grams with intent to deliver and possession of a controlled substance over one gram. (CR: 8). Appellant pled not guilty to the primary charge in the indictment. (RR3: 8). A jury trial was held, and the jury found Appellant guilty of the offense. (RR4: 85). After a hearing on punishment, the court assessed punishment at thirty years. (RR5: 46). Judgment was entered by the trial court on August 16, 2013. (CR: 48). A notice of appeal was timely filed. (CR: 46).

## II.

Appellant's conviction was affirmed in the Court of Appeals on May 27, 2015 in an unpublished opinion. *Chamberlain v. State,* No. 005-13-01213-CR, 2015 Tex. App. LEXIS 5310 (Tex. App. – Dallas, May 27, 2015).

**III.**

The deadline for filing a Petition for Discretionary Review is June 26, 2015. Appellant brings this motion for an extension of time within 15 days of the last date for filing Petition for Discretionary Review, *i.e.*, by filing this motion electronically on June 23, 2015. TEX. R. APP. P. 68.2 (c).

**IV.**

Appellant requests an extension of time for a period of thirty (30) days. No prior request for an extension of time has been made.

**V.**

The facts relied upon to show good cause for this requested extension are as follows:

(1) The undersigned attorney filed a brief in cause numbers 06-14-00234-CR & 06-14-00235-CR styled *Melvin Wayne Richardson v. State of Texas* on April 20, 2015 pending in the 6th District Court of Appeals, Texarkana, Texas.

(2) The undersigned attorney filed a brief in cause numbers 05-14-01075-CR styled *Jorge Gutierrez v. State of Texas* on April 24, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(3) The undersigned attorney filed a brief in cause numbers 05-14-01251-CR and 05-14-01252-CR styled *Lavandra Donteka Rushing v. State of Texas* on May 22, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(4) The undersigned attorney filed a brief in cause number 05-14-01369-CR styled *Ronnie Creige Wilson v. State of Texas* on May 27, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(5) The undersigned attorney filed a brief in cause number 05-14-01122-CR styled *Vicente Alejandro Perez v. State of Texas* on June 18, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(6) The undersigned attorney is also preparing a brief in cause number 05-14-001308/01309-CR styled *Gerardo De La Cruz v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

(7) The undersigned attorney is also preparing a brief in cause number 05-14-001445-CR styled *Lakeisha Shanta Hill v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

## VI.

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review for 30 days.

Respectfully submitted**,**

/s/ *Nanette Hendrickson*

Lynn Richardson

Nanette Hendrickson

Chief Public Defender

Assistant Public Defender

Dallas County, Texas

State Bar No. 24081423

Frank Crowley Courts Building

133 N. Industrial Blvd., LB-2

Dallas, Texas 75207-4399

nanette.hendrickson

@dallascounty.org

(214) 653-3582 *(phone)*

(214) 653-3539 (*fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing brief was served on the Dallas County Criminal District Attorney's Office (Appellate Section), 133 N. Industrial Blvd., LB-19, 10th Floor, Dallas, Texas, 75207, by hand delivery and electronic service to Lori Ordiway at DCDAAppeals@dallascounty.org on June 23, 2015.

/s/ *Nanette Hendrickson*

Nanette Hendrickson

5